IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                                                   Crim. No. 1:13-cr-10049-JDB-1
                                                   Civ. No. 1:16-cv-01163-JDB-egb

VERLON SESSON,

    Defendant/Petitioner.

_____

ORDER REINSTATING DEFENDANT'S ORIGINAL SENTENCE
_____

In an order entered August 9, 2017, this Court granted relief to Verlon Sesson pursuant to 28 U.S.C. § 2255 based on the decision rendered by the Sixth Circuit Court of Appels in *United States v. Stitt*, 860 F.3d 854 (6th Cir. 2017) (*Stitt I*). (Civ. No. 1:16-cv-01163-JDB-egb, Docket Entry ("D.E.") 12.) An amended criminal judgment was entered that same day, reducing Defendant's sentence to time served. (Crim. No. 1:13-cr-10049-JDB-1, D.E. 52.) The United States appealed. (*Id.*, D.E. 54.) Subsequently, in *United States v. Stitt*, 139 S. Ct. 399 (2018) (*Stitt II*), the United States Supreme Court reversed the Sixth Circuit's decision in *Stitt I*. On January 30, 2020, the Court of Appeals reversed the grant of relief under § 2255 in light of *Stitt II* and remanded this case with instructions to reinstate Sesson's original sentence. *Sesson v. United States*, Nos. 17-5955/17-5957/17-6323 (6th Cir. Jan. 30, 2020). The mandate issued on March 25, 2020. (Crim. No. 1:13-cr-10049-JDB-1, D.E. 63.)

Because of the limited nature of the remand, solely for the purpose of reinstating the original sentence, no hearing is necessary. In accordance with the Court of Appeals' order, the Clerk of Court is DIRECTED to enter a second amended criminal judgment reinstating

2

Defendant's original sentence of 180 months in the custody of the Bureau of Prisons and a 2-year term of supervised release.

    IT IS SO ORDERED this 24th day of April 2020.

                                                            <u>s/ J. DANIEL BREEN</u>
                                                            UNITED STATES DISTRICT JUDGE